COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION FOR REHEARING

Case number:       01-11-01125-CR

Style:               *Elisa Merrill Wilson, Appellant v. The State of Texas, Appellee*

Type of motion:     Motion for rehearing

Party filing motion:   Appellant

It is **ordered** that the motion for rehearing is **denied**.

Judge's signature: /s/ Jane Bland
                               Acting for the Court

Panel consists of: Chief Justice Radack and Justices Bland and Huddle

Date:   April 30, 2015